# STATE OF CALIFORNIA
## DIVISION OF WORKERS' COMPENSATION
## WORKERS' COMPENSATION APPEALS BOARD
## APPLICATION FOR ADJUDICATION OF CLAIM

☐ Amended Application

Case No.

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
SSN (Numbers Only)

**Venue choice is based upon (Completion of this section is required)**

☐ County of residence of employee (Labor Code section 5501.5(a)(1) or (d).)

☐ County where injury occurred (Labor Code section 5501.5(a)(2) or (d).)

☒ County of principal place of business of employee's attorney (Labor Code section 5501.5(a)(3) or (d).)

ANA
Select 3 - Letter Office Code For Place/Venue of Hearing (From the Document Cover Sheet)

**Injured Worker (Completion of this section is required)**

CHRIS
First Name                                                                 MI

MANDERINO
Last Name

356 SONG BIRD
Street Address/PO Box (Please leave blank spaces between numbers, names or words)

Street Address2/PO Box (Please leave blank spaces between numbers, names or words)

International Address (Please leave blank spaces between numbers, names or words)

BEAUMONT                                              CA              92223
City                                                  State           Zip Code

**Applicant (If other than Injured Worker)**

☐ Insurance Carrier          ☐ Employer          ☐ Lien Claimant

Name (Please leave blank spaces between numbers, names or words)

Street Address/PO Box (Please leave blank spaces between numbers, names or words)

Street Address2/PO Box (Please leave blank spaces between numbers, names or words)

City                                                  State           Zip Code

DWC/WCAB Form 1A (11/2008) - (Page 1)                                WCAB1

Exhibit A
010

**01. Employer Information (Completion of this section is required)**

☒ Insured  ☐ Self-Insured  ☐ Legally Uninsured  ☐ Uninsured

KANSAS CITY CHIEFS
Employer Name (Please leave blank spaces between numbers, names or words)

ONE ARROWHEAD DR
Employer Street Address/PO Box (Please leave blank spaces between numbers, names or words)

KANSAS CITY | MO | 64129
City | State | Zip Code

**Insurance Carrier Information (If known and if applicable - include even if carrier is adjusted by claims administrator)**

BERKLEY ENTERTAINMENT IRVING
Insurance Carrier Name (Please leave blank spaces between numbers, names or words)

PO BOX 141299
Insurance Carrier Street Address/PO Box (Please leave blank spaces between numbers, names or words)

IRVING | TX | 75014
City | State | Zip Code

**Claims Administrator Information (If known and if applicable)**

BERKLEY ENTERTAINMENT IRVING
Name (Please leave blank spaces between numbers, names or words)

PO BOX 141299
Street Address/PO Box (Please leave blank spaces between numbers, names or words)

IRVING | TX | 75014
City | State | Zip Code

**IT IS CLAIMED THAT (Complete all relevant information):**

1. The injured worker, born 12/22/1982 (DATE OF BIRTH: MM/DD/YYYY), while employed as a(n) PROFESSIONAL ATHLETE (OCCUPATION AT THE TIME OF INJURY)

(Choose only one)

suffered a:
☐ specific injury _____ (Date of injury: MM/DD/YYYY)

☒ cumulative injury which began on 05/05/2006 (Start Date: MM/DD/YYYY) and ended on 08/30/2008 (End Date: MM/DD/YYYY)

The injury occurred at VARIOUS STADIUMS AND PRACTICE FIELDS
Street Address/PO Box - Please leave blank spaces between numbers, names or words

VARIOUS , CA 00000 .
City  State  Zip Code

DWC/WCAB Form 1A (11/2008) - (Page 2)                                    WCAB1

Exhibit A
011

**(State which parts of the body were injured)**

Body Part 1: __398 UPPER EXT__

Body Part 2: __498 TRUNK__

Body Part 3: __598 LOWER EXT__

Body Part 4: __800 BODY SYS__

Other Body Parts: __999 UNCLASS__

**2. The injury occurred as follows:**

(EXPLAIN WHAT THE WORKER WAS DOING AT THE TIME OF INJURY AND HOW THE INJURY OCCURED)

> PLAYING AND PRACTICING PROFESSIONAL FOOTBALL

**3. Actual earnings at the time of injury:**

Rate of Pay $ __10000.00__  ☒ Monthly  ☐ Weekly  ☐ Hourly

State value of tips, meals, lodging, or other advantages, regularly received  $ _____  ☐ Monthly  ☐ Weekly  ☐ Hourly

Number of hours worked per week _____

**4. The injury caused disability as follows:**

Last day off work due to injury: _____ MM/DD/YYYY

First Period of Disability: Start Date _____ MM/DD/YYYY   End Date _____ MM/DD/YYYY

Second Period of Disability: Start Date _____ MM/DD/YYYY   End Date _____ MM/DD/YYYY

**5. Compensation:**

Compensation was paid: ☐ Yes  ☐ No

Total paid: _____

Weekly rate(s): _____

Date of last payment: _____ MM/DD/YYYY

**6. Has the worker received any unemployment insurance benefits and/or any unemployment compensation disability benefits (state disability) since the date of injury?** ☐ Yes  ☐ No

**7. Medical treatment:**

Medical treatment was received: ☐ Yes ☐ No

All treatment was furnished by the Employer or Insurance Carrier: ☐ Yes ☐ No

Date of last treatment: _____
  MM/DD/YYYY

Other treatment was provided/paid by: _____
  (NAME OF PERSON OR AGENCY PROVIDING OR PAYING FOR MEDICAL CARE)

**Did Medi-Cal pay for any health care related to this claim?** ☐ Yes ☐ No

**Names and addresses of doctor(s)/hospital(s)/clinic(s) that treated or examined for this injury, but that were not provided or paid for by the employer or insurance carrier:**

_____
Name of Doctor/Hospital/Clinic 1 (Please leave blank spaces between numbers, names or words)

_____
Name of Doctor/Hospital/Clinic 2 (Please leave blank spaces between numbers, names or words)

**8. Other cases have been filed for industrial injuries by this worker as follows:**

_____                         _____
Case Number 1                           Case Number 3

_____                         _____
Case Number 2                           Case Number 4

**9. This application is filed because of a disagreement regarding liability for:**

☒ Temporary disability indemnity          ☒ Permanent disability indemnity
☒ Reimbursement for medical expense       ☒ Rehabilitation
☒ Medical treatment                       ☒ Supplemental Job Displacement/Return to Work
☒ Compensation at proper rate             ☒ Other (Specify)  ALL BENEFITS PER LC

**Is the Applicant Represented?** ☒ Yes ☐ No  **If "No", applicant is to sign and date below.**

**If "Yes", applicant's representative is to complete the following and is to sign and date below.**

☒ Law Firm/Attorney ☐ Non-Attorney Representative

BETTS LAW SAN DIEGO
Law Firm or Company Name (If Applicable)

16546305
Law Firm Number (If Applicable)

TOM
Attorney/Representative First Name                             MI

BETTS
Attorney/Representative Last Name

2305 HISTORIC DECATUR RD STE 100
Street Address/PO Box (Please leave blank spaces between numbers, names or words)

SAN DIEGO                                            CA           92106
City                                                 State        Zip Code

*DocuSigned by:*
Thomas Betts
DCFC5B0977034A0...
Applicant Attorney/Representative Signature

*DocuSigned by:*
Chris Manderino
2A2E66C3D7AB402...
Applicant Signature

Dated at   SAN DIEGO                                        , California
                        City

Date   11/11/2021
          MM/DD/YYYY

## ADDENDUM OF ADDITIONAL EMPLOYERS

RE: Chris Manderino v. Kansas City Chiefs, et. al.

| EMPLOYER | CARRIER |
|---|---|
| Cincinnati Bengals<br>1 Bengals Drive<br>Cincinnati, OH 45204<br><br>Dates of Employment:<br>05/05/2006 – 04/14/2008 | Self-Insured |

State of California  
Department of Industrial Relations  
DIVISION OF WORKERS' COMPENSATION  

**WORKERS' COMPENSATION CLAIM FORM (DWC 1)**

*Estado de California*  
*Departamento de Relaciones Industriales*  
*DIVISION DE COMPENSACIÓN AL TRABAJADOR*  

***PETITION DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)***

**Employee:** Complete the **"Employee"** section and give the form to your employer. Keep a copy and mark it **"Employee's Temporary Receipt"** until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at **(800) 736-7401.** An explanation of workers' compensation benefits is included in the Notice of Potential Eligibility, which is the cover sheet of this form. Detach and save this notice for future reference.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them. You may receive written notices from your employer or its claims administrator about your claim. If your claims administrator offers to send you notices electronically, and you agree to receive these notices only by email, please provide your email address below and check the appropriate box. If you later decide you want to receive the notices by mail, you must inform your employer in writing.

*Empleado: Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la Division de Compensación al Trabajador al (800) 736-7401 para oir información gravada. Una explicación de los beneficios de compensación de trabajadores está incluido en la Notificación de Posible Elegibilidad, que es la hoja de portada de esta forma. Separe y guarde esta notificación como referencia para el futuro.*

*Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos. Es posible que reciba notificaciones escritas de su empleador o de su administrador de reclamos sobre su reclamo. Si su administrador de reclamos ofrece enviarle notificaciones electrónicamente, y usted acepta recibir estas notificaciones solo por correo electrónico, por favor proporcione su dirección de correo electrónico abajo y marque la caja apropiada. Si usted decide después que quiere recibir las notificaciones por correo, usted debe de informar a su empleador por escrito.*

**Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.**

**Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonia".**

---

**Employee—complete this section and see note above**       *Empleado—complete esta sección y note la notación arriba.*

1. Name. *Nombre.* Chris Manderino       Today's Date. *Fecha de Hoy.* 11/12/2021
2. Home Address. *Dirección Residencial.* 356 Song Bird
3. City. *Ciudad.* Beaumont       State. *Estado.* CA       Zip. *Código Postal.* 92223
4. Date of Injury. *Fecha de la lesión (accidente).* 05/05/2006 - 8/30/2008       Time of Injury. *Hora en que ocurrió.* _____ a.m. _____ p.m.
5. Address and description of where injury happened. *Dirección/lugar dónde occurió el accidente.*
   VARIOUS STADIUMS AND PRACTICE FIELDS
6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* UPPER EXTREMITIES, TRUNK, LOWER EXTREMITIES, BODY SYSTEMS, UNCLASSIFIED, HEAD, NECK, BACK,
   ARMS, ELBOWS, SHOULDERS, HANDS, FINGERS, HIPS, LEGS, KNEES, ANKLES, FEET, PSYCH, INTERNAL, DENTAL, NEURO, SLEEP, CHRONIC PAIN, MUTLIPLE
7. Social Security Number. *Número de Seguro Social del Empleado.* 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
8. ☐ Check if you agree to receive notices about your claim by email only. ☐ *Marque si usted acepta recibir notificaciones sobre su reclamo solo por correo electrónico.* Employee's e-mail. _____ *Correo electrónico del empleado.* _____.
   You will receive benefit notices by regular mail if you do not choose, or your claims administrator does not offer, an electronic service option. *Usted recibirá notificaciones de beneficios por correo ordinario si usted no escoge, o su administrador de reclamos no le ofrece, una opción de servicio electrónico.*
9. Signature of employee. *Firma del empleado.* Chris Manderino
   —2A2E68C3D7AB402...

**Employer—complete this section and see note below.** *Empleador—complete esta sección y note la notación abajo.*

10. Name of employer. *Nombre del empleador.* _____
11. Address. *Dirección.* _____
12. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* _____
13. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* _____
14. Date employer received claim form. *Fecha en que el empleado devolvió la petición al empleador.* _____
15. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia adminstradora de seguros.* _____
16. Insurance Policy Number. *El número de la póliza de Seguro.* _____
17. Signature of employer representative. *Firma del representante del empleador.* _____
18. Title. *Título.* _____       19. Telephone. *Teléfono.* _____

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within **one working day** of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*Empleador: Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de **un día hábil** desde el momento de haber sido recibida la forma del empleado.*

*EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

■ Employer copy/*Copia del Empleador*  ■ Employee copy/*Copia del Empleado*  ■ Claims Administrator/*Administrador de Reclamos*  ■ Temporary Receipt/*Recibo del Empleado*

Rev. 1/1/2016

Exhibit A  
016

## VENUE AUTHORIZATION

I hereby authorize my workers' compensation case(s) for injury(ies) dated: **CT 05/05/2006 – 08/30/2008**, to be filed at the **SANTA ANA** Workers' Compensation Appeals Board.

DATE: 11/12/2021

DocuSigned by:
*Chris Manderino*
2A2E68C3D7AB402...
Applicant – Chris Manderino

Applicant's Attorney:  Betts Law Group
2305 Historic Decatur Rd., Ste. 100
San Diego, CA 92106

State of California
Department of Industrial Relations
Division of Workers' Compensation

**FEE DISCLOSURE STATEMENT**

If you choose to be represented by an attorney, your attorney's fees will be deducted from your benefits. The fee will be approved by the Workers' Compensation Appeals Board with consideration given to the: (1) responsibility assumed by the attorney; (2) care exercised in representing you; (3) time involved; and, (4) results obtained.

Attorney's fees normally range from 15% to 18% of the benefits awarded. Fees may be awarded up to 20% depending on the complexity of your case.

There are certain circumstances where your employer (or his/her insurer) may be liable to pay your attorney's fees. For example, if the employer disputes a permanent disability evaluation obtained when you were not represented by an attorney, your employer may be liable for any attorney fees you incur because of the dispute.

If at any time you no longer wish to be represented by the attorney, you may withdraw from representation by notifying the attorney. If you withdraw from representation, the fee amount found by a workers' compensation judge to be the fair value of any work the attorney did in your case will be deducted from your award.

Your case is being filed at the Division of Workers' Compensation at the following location:

SANTA ANA

**The employee has been advised of the district office at which his or her case will be filed and that he or she may be required to attend conferences or hearings at this location at his or her own expense.**

*An Information and Assistance Officer may be able to answer your questions concerning your workers' compensation benefits at no charge to you. The Officer may be able to resolve your problems without the need for litigation.*

*Call this toll-free number: 1-800-736-7401*

Employee's Signature _Chris Manderino_ (DocuSigned by: 2A2E68C3D7AB402...)   Date 11/12/2021

Employee's Name   Chris Manderino

**Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying worker' compensation benefits or payments is guilty of a felony.**

I hereby declare under penalty of perjury that I am the attorney representing the above-named employee, or am an attorney licensed by the State Bar of California regularly employed by the firm by which the employee will be represented, and have advised the employee of their rights as set forth above and in Labor Code section 4906(e) and (g)(1).

Attorney's Signature _Thomas Betts_ (DocuSigned by: BCFC5B8977634A6...)   Date 11/12/2021

Attorney's name  Thomas Betts, Esq.

Address  2305 Historic Decatur Rd., Ste. 100, San Diego, CA 92106

Phone No.  (619)930-5474

DWC Form 3 (Rev. 1/17)

Exhibit A
018

# DECLARATION PURSUANT TO LABOR CODE SECTION 4906(h)

Pursuant to Labor Code Section 4906(h), I declare under penalty of perjury that I have not violated California Labor Code §139.3 and has not offered, delivered, received, or accepted any rebate, refund, commission, preference, patronage dividend, discount, or other consideration, whether in the form of money or otherwise, as compensation or inducement for any referred examination or evaluation.

DATE 11/12/2021

*Chris Manderino*
Applicant Signature

Before signing this form, you should be aware that: "Any person that makes or causes to be made any knowingly false or fraudulent material statement or representation for the purpose of obtaining or denying workers' compensation benefits or payment is guilty of a felony."

DATE: 11/12/2021

*Thomas Betts*
Attorney Signature

**Uniform Assigned Name:** BETTS LAW SAN DIEGO
**EAMS Administrator Name:** Thomas Betts
**EAMS Telephone No.:** (619) 930-5474
**EAMS Administrator Email:** tom@prosportsinjury.com

### CALIFORNIA STATE COURT PROOF OF SERVICE

Chris Manderino v. Kansas City Chiefs, et. al.
WCAB Case No.: Unassigned

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2305 Historic Decatur Rd. Ste. 100, San Diego, CA 92106.

On **November 16, 2021,** I served the following document(s):

- **APPLICATION FOR ADJUDICATION OF CLAIM**
- **DWC-1 CLAIM FORM**
- **VENUE AUTHORIZATION**
- **FEE DISCLOSURE STATEMENT**
- **4906(H) DECLARATION (ATTORNEY & APPLICANT)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

☐ Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 16, 2021**, at San Diego, California.

/S Thomas Betts
NAME

**SERVICE LIST**
**Chris Manderino v. Kansas City Chiefs, et. al.**
**WCAB Case No.: Unassigned**

Workers' Compensation Appeals Board
2 Macarthur Place, Suite 600
Santa Ana, CA 92707

Chris Manderino
356 Song Bird
Beaumont, CA 92223

Cincinnati Bengals
1 Bengals Drive
Cincinnati, OH 45204

Kansas City Chiefs
One Arrowhead Dr
Kansas City, MO 64129

Berkley Entertainment Irving
PO Box 141299
Irving, TX 75014